

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920

WILLIAMSPORT:
(570) 323-6380

**PETER J. WELSH**
**CLERK OF COURT**

*(Electronically Filed)*

April 21, 2025

The Honorable Julia K. Munley
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1247
Scranton, PA 18501

Re:    Report of the Mediator
       <u>Fritz v. West Penn Township</u>, Civil No. 3:24-CV-1105 (Munley, J.)

Dear Judge Munley:

The matter is **settled**.  Thank you for appointing me to serve as mediator in this case.

Sincerely,

<u>s/ *Joseph A. Barrett*</u>
Joseph A. Barrett