IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLA FRITZ,                      :      No. 3:24cv1105
        **Plaintiff**          :
                    :      (Judge Munley)
      v.                      :
                    :

WEST PENN TOWNSHIP,               :
        **Defendant**         :

## ORDER OF DISMISSAL

Upon notice to the court from the settlement officer, Attorney Joseph A. Barrett, that the above-captioned case is settled, it is hereby ordered that this case is dismissed without costs. The parties have sixty (60) days in which to consummate the settlement. The Clerk of Court is directed to close this case.

Date: 4/21/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court