UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA FRITZ, | : | ELECTRONICALLY FILED |
| Plaintiff, | : | No.: 3:24-CV-01105-JKM |
| vs. | : | Judge: Munley |
| WEST PENN TOWNSHIP | : | Civil Action-Law |
| Defendant. | : | JURY TRIAL DEMANDED |

**ORDER**

**AND NOW**, to wit, this 30th day of May 2025, upon consideration of the party's settlement agreement and after a telephone conference with counsel for the parties, the court concludes, pursuant to 29 U.S.C. §216(b), that the agreed-upon settlement of this action represents a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. Thus, it is **ORDERED** that the settlement of this action is **APPROVED** and that this action is **DISMISSED** with prejudice. Each party shall bear its own costs. The parties will have (30) days in which to consummate the settlement. The Clerk of Courts is directed to close this case. This Order replaces this Courts Order of April 21, 2025 (Doc. 20).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court